# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| Zyrcuits IP LLC, | Case No. 2-20-cv-05848-GW-SHK |
| Plaintiff, | [~~PROPOSED~~] **ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| SolarEdge Technologies, Inc., | |
| Defendant. | |

This matter is before the Court on Plaintiff Zyrcuits IP LLC Notice of Voluntary Dismissal **with prejudice**. Defendant has not yet answered the Complaint or moved for Summary Judgment. Being so advised, the Court hereby finds that the request should be GRANTED. It is, therefore,

ORDERED that this matter be dismissed **with prejudice.**

SO ORDERED  August 27, 2020

*[signature]*

UNITED STATES DISTRICT COURT
Judge George H. Wu